UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:14-00060 |
| | ) | JUDGE SHARP |
| TRACI LYNNE HOWES | ) | |
| | ) | |

# **O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Thursday, May 22, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE