UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00060 |
| ) | JUDGE SHARP |
| TRACI LYNNE HOWES ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue (Docket No. 19).

The motion is GRANTED and the sentencing hearing scheduled for September 5, 2014, is hereby rescheduled for Monday, December 8, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE